HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant-Appellant
JIMMY L. NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JIMMY L. NEWMAN,<br><br>　　　　　　Defendant. | Case No. 5:23-cr-00002-JLT-CDB<br><br>DEFENDANT'S MOTION TO STAY SENTENCE PENDING APPEAL; ORDER<br><br>**Emergency Relief Requested by April 1, 2024** |

### ORDER

**IT IS HEREBY ORDERED** that the condition of probation requiring Jimmy L. Newman to serve 45 days in custody is stayed until the appeal of his sentence is resolved.

IT IS SO ORDERED.

Dated:  **March 29, 2024**

_____
UNITED STATES DISTRICT JUDGE