1 HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3 Office of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
JIMMY L NEWMAN
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00002-JLT-CDB |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| JIMMY L. NEWMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jimmy L. Newman, that the Court may modify the briefing schedule for Mr. Newman's appeal of a magistrate judge decision.

On March 20, 2024, Mr. Raridan filed a timely Notice of Appeal. *See* ECF #11. That same day, the Court issued its standard Briefing Schedule. *See* ECF #13. Under the Briefing Schedule, Mr. Newman's opening brief is due 21 days after the filing of appropriate transcripts. The transcript was filed April 15, 2024. *See* ECF #19. Accordingly, his opening brief is currently due May 6, 2024, and the government's answering brief is due 21 days after the filing of Mr. Newman's opening brief. *See id.* The Briefing Schedule further provides: "These periods may be altered by the assigned Judge upon application of the parties . . . ." *Id.*

The parties have conferred and request that the Court alter the Briefing Schedule to

enable each party adequate time to review the record and conduct necessary research. The parties have as follows: appellant's brief due June 3, 2024; appellee's brief due July 3, 2024; and appellant's reply brief due July 17, 2024.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 22, 2024         */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 22, 2024         */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JIMMY L. NEWMAN

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS:**

1. Appellant's brief is due June 3, 2024;
2. Appellee's brief is due July 3, 2024;
3. Appellant's reply brief is due July 17, 2024.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES DISTRICT JUDGE