HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JIMMY L NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY L. NEWMAN,<br><br>Defendant. | Case No. 5:23-cr-00002-JLT-CDB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jimmy L. Newman, that the Court may modify the briefing schedule for Mr. Newman's appeal of a magistrate judge decision.

On March 20, 2024, Mr. Newman filed a timely Notice of Appeal. *See* ECF #11. That same day, the Court issued its standard Briefing Schedule. *See* ECF #13. Under the Briefing Schedule, Mr. Newman's opening brief is due 21 days after the filing of appropriate transcripts. The transcript was filed April 15, 2024. *See* ECF #19. Accordingly, his opening brief is currently due May 6, 2024, and the government's answering brief is due 21 days after the filing of Mr. Newman's opening brief. *See id.* The Briefing Schedule provided that the dates "may be altered by the assigned Judge upon application of the parties . . ." ECF #13.

On April 23, 2024, this Court modified the Briefing Schedule at the request of the parties

as follows: appellant's brief due June 3, 2024; appellee's brief due July 3, 2024; and appellant's reply brief due July 17, 2024.  ECF #21.

The parties have conferred and now request that the Court further alter the Briefing Schedule to enable each party adequate time to review the record and conduct necessary research. The parties request a new schedule as follows: appellant's brief due June 17, 2024; appellee's brief due July 17, 2024; and appellant's reply brief due July 31, 2024.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 31, 2024         */s/ Chan Hee Chu*
                           CHAN HEE CHU
                           Assistant United States Attorney
                           Attorney for Plaintiff

                           HEATHER E. WILLIAMS
                           Federal Defender

Date: May 31, 2024         */s/ Laura Myers*
                           LAURA MYERS
                           Assistant Federal Defender
                           Attorney for Defendant
                           JIMMY L. NEWMAN

## O R D E R

**IT IS SO ORDERED.**  Appellant's brief is due June 17, 2024; Appellee's brief is due July 17, 2024; and Appellant's reply brief is due July 31, 2024.

IT IS SO ORDERED.

Dated:   **June 3, 2024**

UNITED STATES DISTRICT JUDGE