1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JIMMY L. NEWMAN
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 5:23-cr-00002-CDB
12 |        Plaintiff,             | STIPULATION TO CONTINUE REVIEW
                                   | HEARING; [~~PROPOSED~~] ORDER
13 | vs.                           |
14 | JIMMY L. NEWMAN,              |
15 |        Defendant.             |
16

17     IT IS HEREBY STIPULATED, by and between the parties through their respective
18 counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant
19 Federal Defender Laura Myers, counsel for Jimmy Newman., that the review hearing scheduled
20 for September 3, 2024, may be continued to December 3, 2024, at 10:00 a.m.
21     On March 5, 2024, this Court imposed sentence in this case and ordered Mr. Newman to
22 appear for a probation review hearing on September 3, 2024.  Mr. Newman filed a timely appeal
23 to the district court judge.  As of July 31, 2024, the appeal has been fully briefed and the parties
24 are awaiting a ruling from the district judge.
25     Because the pending appeal may impact the terms of Mr. Newman's sentence, the parties
26 agree that a continuance of the review hearing in this case is in the interest of justice and reflects
27 the most judicious use of the Court's resources.
28

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 20, 2024 | */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JIMMY L. NEWMAN |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: August 20, 2024 | */s/ Chan Hee Chu*<br>CHAN HEE CHU<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The review hearing currently set for September 3, 2024, is hereby continued to December 3, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 20, 2024**

_____
UNITED STATES MAGISTRATE JUDGE