HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JIMMY L. NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00002-JLT-CDB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| vs. | |
| JIMMY L. NEWMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jimmy Newman., that the resentencing hearing scheduled for November 5, 2024, may be continued to December 3, 2024, at 10:00 a.m.

This Court set this matter for resentencing on November 5, 2024, following the district court's order reversing and remanding the case.  *See* ECF #31.  The parties request a one-month continuance to ensure sufficient time to prepare for resentencing.[1]  Counsel for Mr. Newman and counsel for the government both have several other matters to prepare for in the 2.5 weeks leading up to November 5.  Notably, both counsel are preparing for an evidentiary hearing to be

---

[1] In light of the district court's order, defense counsel is in the process of obtaining detailed criminal records as well as updated medical records.  Preparation for resentencing will involve review of these records, additional conferral between the parties, and a determination of what, if any, additional facts to provide in advance of the hearing.

heard by this Court on November 5. In addition, counsel for Mr. Newman has a sentencing hearing before the district court on Monday, October 21, and is on duty October 21-25.

In light of the foregoing, the parties submit that a one-month continuance is in the interest of justice and reflects the best use of the Court's resources.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 17, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JIMMY L. NEWMAN


PHILLIP A. TALBERT
United States Attorney

Date: October 17, 2024

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The resentencing hearing currently set for November 5, 2024, is hereby continued to December 3, 2024, at 10:00 a.m.

Date: October 18, 2024

Hon. Christopher D. Baker
United States Magistrate Judge