1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JIMMY L. NEWMAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 5:23-cr-00002-CDB
12 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER
13 | vs. |
14 | JIMMY L. NEWMAN, |
15 | Defendant. |

17       IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19 Federal Defender Laura Myers, counsel for Jimmy Newman., that the resentencing hearing

20 scheduled for January 4, 2025, may be continued to April 1, 2025, at 10:00 a.m.

21       This matter previously was set for resentencing on December 3, 2024.  On that date, this

22 Court continued the resentencing hearing until February 4, 2025, due to Mr. Newman being in

23 state custody.  *See* ECF #34.

24       Mr. Newman is still in state custody and will likely continue to be in state custody

25 beyond the current resentencing date.  The publicly available docket shows that his next state-

26 court hearings are currently scheduled for February 4, 7, and 18, 2025.

27       In light of the foregoing, the parties submit that a further continuance is in the interest of

28 justice and reflects the best use of the Court's resources.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2025         */s/ Laura Myers*
                               LAURA MYERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               JIMMY L. NEWMAN


                               MICHELE BECKWITH
                               Acting United States Attorney

Date: January 28, 2025         */s/ Chan Hee Chu*
                               CHAN HEE CHU
                               Assistant United States Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** The resentencing hearing currently set for February 4, 2025, is hereby continued to **May 6, 2025**, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 28, 2025**         _____
                                       UNITED STATES MAGISTRATE JUDGE