1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JIMMY L. NEWMAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 5:23-cr-00002-CDB

12              Plaintiff,              STIPULATION TO CONTINUE STATUS
                                        CONFERENCE; [PROPOSED] ORDER
13  vs.

14  JIMMY L. NEWMAN,

15              Defendant.

16

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19  Federal Defender Laura Myers, counsel for Jimmy Newman., that the status conference

20  scheduled for July 1, 2025, may be continued to September 2, 2025, at 10:00 a.m.

21         This matter previously was set for resentencing on December 3, 2024.  On that date, this

22  Court continued the resentencing hearing until February 4, 2025, due to Mr. Newman being in

23  state custody.  *See* ECF #34.  The Court subsequently continued the sentencing hearing to May

24  6, 2025, for the same reason.  *See* ECF #36.

25         On May 6, 2025, the parties and Court held a status conference to discuss Mr. Newman's

26  state incarceration, and it was suggested that a sentencing hearing be conducted *in absentia*.

27  This Court continued the matter for further status conference on July 1, 2025, and ordered the

28  parties to filed a joint report prior to that hearing.

Defense counsel has discussed the options with Mr. Newman, and he verbally consented to an *in absentia* sentencing hearing. Counsel is now in the process of obtaining written consent, as required by Fed. R. Crim. P. 43(b)(2).

In light of the foregoing, the parties submit that a further continuance is in the interest of justice and reflects the best use of the Court's resources.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 24, 2025         */s/ Laura Myers*
                            LAURA MYERS
                            Assistant Federal Defender
                            Attorney for Defendant
                            JIMMY L. NEWMAN


MICHELE BECKWITH
Acting United States Attorney

Date: June 24, 2025         */s/ Chan Hee Chu*
                            CHAN HEE CHU
                            Assistant United States Attorney
                            Attorney for Plaintiff


## **O R D E R**

**IT IS SO ORDERED.** For good cause shown, the status conference currently set for July 1, 2025, is hereby continued to September 2, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 24, 2025**                    _____
                                              UNITED STATES MAGISTRATE JUDGE