# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00002-CDB |
| Plaintiff, | |
| v. | |
| JIMMY L. NEWMAN, | **ORDER & WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| Defendant. | |

Jimmy L. Newman, CDCR #CB0934, a defendant in this criminal action scheduled for sentencing on November 4, 2025, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Prosequendum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement, on **Tuesday, November 4, 2025 at 10:00 a.m.**

### ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Prosequendum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a sentencing hearing at the time and place above, until completion of the hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Cori Boren, Courtroom Deputy, at cboren@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**To: Warden, MCSP, P. O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Christopher D. Baker at the time and place above, by Zoom video conference, until completion of the hearing or as ordered by the court.

/ / /

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**October 10, 2025**__

UNITED STATES MAGISTRATE JUDGE