HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JIMMY L. NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY L. NEWMAN,<br><br>Defendant. | Case No. 5:23-cr-00002-CDB<br><br>STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jimmy Newman., that the sentencing hearing scheduled for March 3, 2026, may be continued to April 7, 2026, at 10:00 a.m.

Mr. Newman has verbally consented to an *in absentia* sentencing hearing, but defense counsel has been unable to obtain written consent, as required by Fed. R. Crim. P. 43(b)(2), through the mail.  On February 12, Federal Defender staff contacted Mule Creek State Prison to set up an in-person appointment to obtain his signature.  Mule Creek scheduled a visit on Monday, March 2, 2026, its first available visitation slot. [1]

---

[1] Prison staff also informed undersigned defense counsel that they could not otherwise assist with the signing of the document.

Out of an abundance of caution, and due to the close proximity of the available visitation date and the scheduled sentencing date, the parties request that this Court continue sentencing in this matter to April 7, 2026.  The parties submit that a further continuance is in the interest of justice and reflects the best use of the Court's resources.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 26, 2026           /s/ Laura Myers
                                  LAURA MYERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JIMMY L. NEWMAN


ERIC GRANT
United States Attorney

Date: February 26, 2026           /s/ Luke Baty
                                  LUKE BATY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently set for March 3, 2026, is hereby continued to April 7, 2026, at 10:00 a.m.  The parties shall appear on that date at that time.

IT IS SO ORDERED.

Dated:   **February 27, 2026**           _____
                                         UNITED STATES MAGISTRATE JUDGE

Newman – Stipulation to Continue                    -2-